**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**
_____

**CENTURY 21 REAL ESTATE LLC,**

      **Plaintiff,**

vs.                                                  **Case No. 08-cv-247-C**

**A TRI CITY REALTY, INC. d/b/a**
**CENTURY 21 TRI CITY REALTY, INC.,**
**and SUSAN K. MARTELL,**

      **Defendants.**
_____

**ENTRY OF DEFAULT**
_____

Plaintiff requests that the Clerk of Court enter default against defendants A Tri City Realty, Inc. d/b/a Century 21 Tri City Realty, Inc. and Susan K. Martell, pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendants have failed to appear, plead or otherwise defend, the default of defendants A Tri City Realty, Inc. d/b/a Century 21 Tri City Realty, Inc. and Susan K. Martell is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this <u>29th</u> day of <u>July</u>, 2008.

                                                     <u>Joel W. Turner</u>
                                                     Acting Clerk of Court