IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CENTURY 21 REAL ESTATE LLC,

    Plaintiff,

v.

A TRI CITY REALTY, INC. d/b/a
CENTURY 21 TRI CITY REALTY,
SUSAN K. MARTELL and ALICE
YODER-WHITMORE,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-CV-247-BBC

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Century 21 Real Estate LLC against defendants A Tri City Realty, Inc. d/b/a Century 21 Tri City Realty and Susan K. Martell in the amount of $265,635.39.

_____       2/3/09
Peter Oppeneer, Clerk of Court      Date